## City of Scranton, Appellant, *v.* Scranton Railway Co.

*Public Service Commission — Jurisdiction — Street railways— Rates—Act of July 26, 1913, P. L. 1374.*

Under the Act of July 26, 1913, P. L. 1374, the Public Service Commission has jurisdiction in the first instance to adjudge the reasonableness of rates charged by a street railway company. Until it has acted, the courts have no jurisdiction.

Argued April 27, 1920. Appeal, No. 8, Jan. T., 1920, by plaintiff, from decree of C. P. Lackawanna Co., May T., 1918, No. 9, dismissing bill in equity in case of City of Scranton v. Scranton Railway Co. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ. Affirmed.

Bill in equity to restrain street railway from maintaining its tracks, poles and wires in the streets of Scranton because of its alleged illegal action in increasing its rates of fare over the sum fixed by the ordinance granting it the right to use the streets. Before SEARLE, P. J., specially presiding.

The court dismissed the bill for lack of jurisdiction. Plaintiff appealed.

*Error assigned* was, inter alia, decree, quoting it.

*R. S. Houck,* City Solicitor, with him *Jerome K. Barrett,* Assistant City Solicitor, for appellant.

*H. B. Gill,* for appellee.

OPINION BY MR. CHIEF JUSTICE BROWN, June 26, 1920:
The bill of the City of Scranton was dismissed by the learned chancellor especially presiding, because he was of opinion that jurisdiction of the complaint was in the Public Service Commission in the first instance, and he but followed what was distinctly held in St. Clair Borough v. Tamaqua & Pottsville Electric Railway Company, 259 Pa. 462.
Appeal dismissed at appellant's costs.

*Public Service Commission—Jurisdiction—Street railway rates —Act of July 26, 1913, P. L. 1374.*
Under the Act of July 26, 1913, P. L. 1374, the Public Service Commission has jurisdiction in the first place to adjudge the reasonableness of rates charged by public service corporations. Until it has acted the courts have no jurisdiction.

